UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADOLPH WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>ELITE REVENUE SOLUTIONS, LLC, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 3:22-CV-02079<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 9th day of May, 2023, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1). is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. Plaintiff is hereby granted leave to file an amended complaint within 30 days of the date of this Order, on or before **Thursday, June 8, 2023**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**