THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADOLPH WRIGHT, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:22-CV-2079 |
| v. | : (JUDGE MARIANI) |
| | : (Magistrate Judge Carlson) |
| ELITE REVENUE SOLUTIONS, LLC, et al., | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS 9th DAY OF APRIL 2024, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 17), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's second amended complaint (Doc. 16) is **DISMISSED WITH PREJUDICE;**

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge